**FILE COPY**



# Court of Appeals

**BRIAN QUINN**
Chief Justice

**JAMES T. CAMPBELL**
Justice

**MACKEY K. HANCOCK**
Justice

**PATRICK A. PIRTLE**
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

**VIVIAN LONG**
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

July 6, 2015

John O. Miller III
LAW OFFICES OF JOHN O. MILLER
2800 Route 22
Patterson, NY 12576-2228
* DELIVERED VIA E-MAIL *

Mark C. Clemer
BROWNSIMS, P.C.
1177 West Loop South, 10th Floor
Houston, TX 77027
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:  07-14-00109-CV
         Trial Court Case Number: 98,575-E

**Style:** Doe #1, Doe #2 and Doe #3 v. National Union Fire Insurance Company
          of Pittsburgh, PA.

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  Tex. R. App. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:   Honorable Douglas Woodburn (DELIVERED VIA E-MAIL)
      Caroline Woodburn (DELIVERED VIA E-MAIL)